# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Cover Sheet

06-453 C

| | |
|---|---|
| Plaintiff: | CHE Consulting Inc. |
| Attorney of Record: | Steven E. Kellogg |
| Firm Name: | The Kellogg Law Firm<br>2129 W. Main Street<br>Belleville, IL 62226 |
| Telephone Number: | (618) 234-1900 |
| Fax Number: | (618) 234-5594 |
| Is the attorney of record admitted to the Court of Federal Claims Bar? | Yes |
| Nature of Suit: | 138 |
| Agency Identification Code: | AF |
| Bid Protest: | $ Unknown |