ORIGINAL

FILED
JUN - 8 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CHE CONSULTING, INC., )
Plaintiff )
vs. ) Case No. 06-453 C
THE UNITED STATES OF AMERICA, )
Defendant. )

## PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

Pursuant to the United States Court of Federal Claims ("COFC") Procedures in Procurement Protest Cases, CHE Consulting, Inc. respectfully requests that this Court enter the protective order reflected in Form 8 to the Rules of the U.S. Court of Federal Claims.

In support of the Motion, counsel for CHE states that documents and other material that may be produced, cited, and/or quoted by the parties during the course of litigation may contain sensitive, proprietary or otherwise confidential information.

For these reasons, CHE respectfully requests that this Motion for Protective Order be granted.

Respectfully submitted,

THE KELLOGG LAW FIRM, P.C.

By_______________________

Steven E. Kellogg
2129 W. Main Street
Belleville, IL 62226
(618) 234-1900
(618) 234-5594 FAX
skellogg@kellogglawfirm.com

Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that a true and accurate copy of the foregoing was served on the Justice Department and the Contracting Officer via facsimile this 8th day of June, 2006.