IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHE Consulting, Inc., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-453C (Sr. Judge Loren A. Smith) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Sean McNamara as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SEAN McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, DC 20530

Attention: Classification Unit
8th Floor

s/SEAN McNAMARA
SEAN McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 305-7573
Fax: (202) 514-8624

June 9, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/SEAN McNAMARA