# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **CHE CONSULTING,** | * | |
| *Plaintiff,* | * | |
| | * | Case No. 06-453C |
| v. | * | |
| | * | Senior Judge Smith |
| **THE UNITED STATES**, | * | |
| | * | Filed: June 12, 2006 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held on June 9, 2006, the Court hereby ORDERS the following schedule for briefing and oral argument:

- The Administrative Record shall be filed on or before June 15, 2006.
- Plaintiff's Motion for Summary Judgment shall be filed on or before July 6, 2006.
- Defendant's Cross Motion for Summary Judgment and Response shall be filed on or before July 20, 2006.
- Plaintiff's Response and Reply shall be filed on or before August 3, 2006.
- Defendant's Reply shall be filed on or before August 10, 2006.
- Oral Argument will be held at the United States Court of Federal Claims, National Courts Building, Courtroom # 9, on August 23, 2006, at 2:00 p.m.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE