IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CHE CONSULTING, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-453<br>Judge Smith |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

CONSENT MOTION TO EXPEDITE AND TO SHORTEN TIME LIMITS WITH RESPECT TO THE MOTION OF STORAGE TECHNOLOGY CORPORATION TO INTERVENE

**COMES NOW** Storage Technology Corporation ("StorageTek"), a subsidiary of Sun Microsystems, by counsel, and hereby files this Consent Motion To Expedite And To Shorten Time Limits With Respect To The Motion Of Storage Technology Corporation To Intervene. For the reasons provided below, StorageTek requests that, in order to maintain the expedited schedule established by this Court's Order of June 12, 2006, the Court establish the following schedule for briefing on StorageTek's motion to intervene, which schedule has been consented to by all counsel:

CHE response/objection to motion to intervene, if any, filed by June 23rd.

StorageTek Reply, if any, filed by June 27th.

Ruling, (if possible) by July 3.

**Background and Argument**

On June 8, 2006, CHE Consulting, Inc., ("CHE"), filed the Complaint in this action. On June 13, 2006, three business days later, StorageTek moved to intervene in this proceeding

pursuant to RCFC 24(a)(2) or, in the alternative pursuant to RCFC 24(b)(2). Prior to filing the motion to intervene, counsel for StorageTek contacted both counsel for the Government and counsel for CHE to inquire as to whether this motion to intervene could be handled by consent. Counsel for the Government consented to the motion to intervene. Counsel for CHE believed his client would likely want to object to the motion.

The Court's electronic filing system set the response date for the motion to intervene for June 30, 2006. This response date would jeopardize the expedited schedule established by the Court's Scheduling Order of June 12, 2006 as the administrative report has already been delivered to CHE, but not to proposed Intervenor, and CHE's Motion for Summary Judgment is set for July 6 with responses and cross motions due on July 20. The parties therefore have all agreed to the following expedited schedule:

> CHE response/objection to motion to intervene, if any, filed by June 23rd.
>
> StorageTek Reply, if any, filed by June 27th.
>
> Ruling, (if possible) by July 3.

This schedule will allow Intervenor, assuming the motion to intervene is granted, to receive the Administrative Report prior to, or on, July 6 and also to receive CHE's Motion for Summary Judgment on July 6 when it is filed with the Court. Intervenor could then file its response thereto on July 20, thus preserving the expedited schedule established by the Court's Scheduling Order of June 12, 2006.

## CONCLUSION

**WHEREFORE** for the foregoing reasons, StorageTek requests that this consent motion to expedite and to shorten time limits be granted.

Respectfully submitted,

s/ John J. O'Brien

John J. O'Brien
COHEN MOHR, L.L.P.
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Attorney of Record for Storage Technology Corporation

Of Counsel:

David S. Cohen
COHEN MOHR, L.L.P.
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Dated: June 16, 2006

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CHE CONSULTING, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-453<br>Judge Smith |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

ORDER

THIS MATTER having come before this Court on a Consent Motion To Expedite And To Shorten Time Limits With Respect To The Motion Of Storage Technology Corporation To Intervene. This Court having considered the Motion, and the entire record herein, and it appearing that the consent motion should be granted, it is hereby

ORDERED, that the Consent Motion To Expedite And To Shorten Time Limits With Respect To The Motion Of Storage Technology Corporation To Intervene be, and hereby is, GRANTED and it is;

FURTHER ORDERED that the parties shall adhere to the following schedule:

CHE response/objection to motion to intervene, if any, filed by June 23rd.
StorageTek Reply, if any, filed by June 27th.
Ruling, (if possible) by July 3.

ENTERED this ______ day of _____________, 2006.

_______________________________
LOREN A. SMITH
SENIOR JUDGE