**PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH UNITED STATES COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHE CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-453C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Smith) |
| | ) | |
| Defendant, | ) | Bid Protest |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A CORRECTED NOTICE OF FILING AND AN ADMINISTRATIVE RECORD TABLE OF CONTENTS**

Defendant respectfully requests leave to file a corrected notice of filing of the administrative record in this case, and to file a table of contents for the administrative record. Our initial notice of filing contained two errors. First, the caption was incorrect because it identified StorageTek Corporation as an intervenor here, and the Court has yet to rule upon StorageTek's motion to intervene. Second, our certificate of service indicated that we had sent a copy of the administrative record to StorageTek. In fact, we did not send StorageTek such a copy, but we will do so if and when StorageTek is allowed to intervene. We also omitted a table of contents from the administrative record; we have included such a table with this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes by Donald E. Kinner
TODD M. HUGHES
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:
JAMES W. DeBOSE
Deputy Legal Counsel
DITCO/D01DT
Office of Legal Counsel
2300 East Drive
Bldg. 3600
Scott AFB, IL 62225-5406
Tel: (618) 229-9188
Fax: (618) 229-9755

Dated: June 16, 2006

CERTIFICATE OF FILING

I hereby certify that on June 16, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE A CORRECTED NOTICE OF FILING AND AN ADMINISTRATIVE RECORD TABLE OF CONTENTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara
SEAN B. McNAMARA