**PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH UNITED STATES COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHE CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-453C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Smith) |
| | ) | |
| Defendant, | ) | Bid Protest |
| | ) | |

**DEFENDANT'S CORRECTED NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, and the Court's order dated June 12, 2006, defendant provides this notice that it is filing the enclosed CD-ROM administrative record of the proceedings relating to plaintiff's protest. The administrative record has been compiled by the Defense Information Technology Contracting Organization ("DITCO"). We have provided the Court with a single file containing the administrative record; this file is the official administrative record in this case. This document contains bookmarks in the "bookmarks" tab of Acrobat for ease of navigation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes by Donald E. Kinner
TODD M. HUGHES
Assistant Director

OF COUNSEL:
JAMES W. DeBOSE
Deputy Legal Counsel
DITCO/D01DT
Office of Legal Counsel
2300 East Drive
Bldg. 3600
Scott AFB, IL 62225-5406
Tel: (618) 229-9188
Fax: (618) 229-9755

Dated: June 16, 2006

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 16, 2006, a copy of the foregoing "DEFENDANT'S CORRECTED NOTICE OF FILING ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2006, I caused to be served by Federal Express a copy of the administrative record, consisting of one CD-ROM, addressed as follows:

Steven Elliott Kellogg
THE KELLOGG LAW FIRM, P.C.
2129 W. Main Street
Belleville, IL 62226
(618) 234-1900

s/ Sean B. McNamara
SEAN B. McNAMARA