# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **CHE CONSULTING,** * | |
| *Plaintiff,* * | |
| v. * | Case No. 06-453C |
| **THE UNITED STATES**, * | Senior Judge Smith |
| *Defendant.* * | Filed: June 19, 2006 |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court hereby GRANTS Defendant's Motion for Leave to file a Corrected Notice of Filing and an Administrative Record Table of Contents.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE