# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **CHE CONSULTING,** | |
| *Plaintiff,* | Case No. 06-453C |
| v. | Senior Judge Smith |
| **THE UNITED STATES**, | Filed: June 19, 2006 |
| *Defendant.* | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court hereby GRANTS the Consent Motion to Expedite and to Shorten Time Limits with respect to Storage Technology Corporation's Motion to Intervene. Plaintiff's response to the Motion to Intervene shall be filed and served or before June 23, 2006. StorageTek's reply shall be filed and served on or before June 26, 2006. The Court further SCHEDULES a telephone hearing on StorageTek's Motion to Intervene and Plaintiff's response to be held on Tuesday, June 27, 2006 at 10:30 a.m. EDT.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE