# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **CHE CONSULTING,** | * | |
| *Plaintiff,* | * | |
| v. | * | Case No. 06-453C |
| | * | Senior Judge Smith |
| **THE UNITED STATES**, | * | Filed: June 19, 2006 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Defendant's Motion for Leave to File the Administrative Record on CD-Rom.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE