# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **CHE CONSULTING,** | * | |
| *Plaintiff,* | * | Case No. 06-453C |
| v. | * | Senior Judge Smith |
| **THE UNITED STATES**, | * | Filed: June 27, 2006 |
| *Defendant.* | * | |

## ORDER

The Court hereby GRANTS Plaintiff and Defendant's Stipulation to Supplement the Administrative Record in this case.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE