IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CHE CONSULTING, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant, and STORAGE TECHNOLOGY CORPORATION Defendant-Intervenor. | ) | Civil Action No. 06-453<br>Judge Smith |

**NOTICE OF APPEARANCE**

Please enter the appearance of Charles W. Steese, of the law firm of Steese & Evans, P.C., 6400 South Fiddlers Green Circle, Suite 1820, Denver, Colorado 80111 as Of Counsel to Storage Technology Corporation, a party to this proceeding.

John O'Brien is to remain Counsel of record.

Respectfully submitted,

s/ John J. O'Brien

John J. O'Brien
COHEN MOHR, L.L.P.
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Attorney of Record for Storage Technology Corporation

Of Counsel:

David S. Cohen
COHEN MOHR, L.L.P.
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Charles W. Steese, Attorney
STEESE & EVANS, P.C.
6400 South Fiddlers Green Circle
Suite 1820
Denver, Colorado 80111
Tel: (720) 200-0677
Fax: (720) 200-0679