IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CHE CONSULTING, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-453<br>Judge Smith |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant, | ) | |
| and | ) | |
| STORAGE TECHNOLOGY CORPORATION | ) | |
| Defendant-Intervenor. | ) | |

CONSENT MOTION TO ADMIT CHARLES STEESE UNDER PROTECTIVE ORDER

**COMES NOW** Storage Technology Corporation ("StorageTek"), a subsidiary of Sun Microsystems, by counsel, and hereby files this Consent Motion To Admit Charles Steese Under Protective Order.

**Background and Argument**

On June 30, 2006, in accordance with the terms of the Protective Order in this case, counsel for StorageTek served Applications For Access To Information Under Protective Order By Outside Counsel on counsel for the United States and counsel for CHE Consulting, Inc., ("CHE"). The applications were for certain members of the law firm of Cohen Mohr LLP and for

Charles W. Steese an attorney with the law firm of Steese & Evans, P.C., 6400 South Fiddlers Green Circle, Suite 1820, Denver, Colorado 80111

Also on June 30, 2006, counsel for StorageTek filed a Notice of Appearance for Mr. Steese as "Of Counsel to Storage Technology Corporation" indicating that "John O'Brien is to remain Counsel of Record."

Shortly thereafter counsel for StorageTek was contacted by the Chambers of Judge Smith and informed that Mr. Steese's Application For Access To Information Under Protective Order By Outside Counsel should be handled by motion.

Counsel for StorageTek has contacted both counsel for the United States and counsel for CHE regarding Mr. Steese's Application For Access To Information Under Protective Order By Outside Counsel, and both parties stated they have no objection to Mr. Steese's admission under the Protective Order.

## CONCLUSION

**WHEREFORE** for the foregoing reasons, StorageTek requests that Mr. Steese be admitted under the Protective Order in this case.

Respectfully submitted,

s/ John J. O'Brien

John J. O'Brien
COHEN MOHR, L.L.P.
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Attorney of Record for Storage Technology Corporation

Of Counsel:

David S. Cohen
COHEN MOHR, L.L.P.
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Dated: July 10, 2006

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CHE CONSULTING, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-453<br>Judge Smith |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant, | ) | |
| and | ) | |
| STORAGE TECHNOLOGY CORPORATION | ) | |
| Defendant-Intervenor. | ) | |

ORDER

THIS MATTER having come before this Court on a Consent Motion To Admit Charles Steese Under Protective Order. This Court having considered the Motion, and the entire record herein, and it appearing that the consent motion should be granted, it is hereby

ORDERED, that the Consent Motion To Admit Charles Steese Under Protective Order be, and hereby is, GRANTED.

ENTERED this ______ day of _____________, 2006.

_______________________________
LOREN A. SMITH
SENIOR JUDGE