# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **CHE CONSULTING, INC.** | * | |
| *Plaintiff,* | * | Case No. 06-453C |
| v. | * | Senior Judge Smith |
| **THE UNITED STATES,** | * | Filed: July 11, 2006 |
| *Defendant,* | * | |
| and | * | |
| **STORAGE TECHNOLOGY CORPORATION** | * | |
| *Defendant-Intervenor.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Intervenor's Consent Motion to Admit Charles Steese Under the Protective Order. It is noted that the Motion has been incorrectly docketed as a miscellaneous motion. In the future, this Motion should be docketed as an "Application for Access to Protected Material."

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE