# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**CHE CONSULTING, INC.** *Plaintiff,*

v.

**THE UNITED STATES,** *Defendant,*

and

**STORAGE TECHNOLOGY CORPORATION** *Defendant-Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-453C

Senior Judge Smith

Filed: July 13, 2006

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion to Amend the Briefing Schedule. The amended schedule is as follows:

1) Plaintiff's Motion of Summary Judgment shall be filed and served on or before July 20, 2006;
2) Defendant's Cross-Motion for Summary Judgment and Response shall be filed and served on or before July 28, 2006;
3) Defendant-Intervenor's Motion for Summary Judgment shall be filed and served on or before August 3, 2006;
4) Plaintiff's Response shall be filed and served on or before August 11, 2006;
5) Defendant's Reply and Defendant-Intervenor's Reply shall be filed and served on or before August 18, 2006; and
6) Oral argument shall be held at the United States Court of Federal Claims, National Courts Building, Courtroom #9, on August 25, 2006 at 2:00 p.m. EDT.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE