**PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH UNITED STATES COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CHE CONSULTING, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-453C |
| THE UNITED STATES, | ) | (Judge Smith) |
| Defendant, | ) | |
| and | ) | |
| STORAGE TECHNOLOGY CORPORATION | ) | |
| Defendant-Intervenor | ) | |

**DEFENDANT'S SECOND MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Defendant respectfully requests leave of the Court to supplement the administrative record in this case. In accordance with the provisions of Rule 56.1(a) of the Rules of the United States Court of Federal Claims ("RCFC"), counsel for the plaintiff, the defendant, and the defendant-intervenor have stipulated and agreed upon the contents of the supplement to the administrative record, which is enclosed on CD-ROM.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

OF COUNSEL:
JAMES W. DeBOSE
Deputy Legal Counsel
DITCO/D01DT
Office of Legal Counsel
2300 East Drive
Bldg. 3600
Scott AFB, IL 62225-5406
Tel: (618) 229-9188
Fax: (618) 229-9755

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

Dated: July 13, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2006, I caused to be served by Federal Express copies of "DEFENDANT'S SECOND MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD" and a copy of the supplement to the administrative record, consisting of one CD-ROM, addressed as follows:

Steven Elliott Kellogg
THE KELLOGG LAW FIRM, P.C.
2129 W. Main Street
Belleville, IL 62226
(618) 234-1900

John J. O'Brien
Cohen Mohr, L.L.P.
1055 Thomas Jefferson Street, N.W.
Suite 504
Washingon, DC 20007
(202) 342-2550

______________________________