# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CHE CONSULTING,** *
*
*Plaintiff,* *
* Case No. 06-453C
v. *
* Senior Judge Smith
**THE UNITED STATES,** *
* Filed: July 18, 2006
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Defendant's Second Motion to Supplement the Administrative Record in this case.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE