# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *
*
**CHE CONSULTING, INC**. *
*
*Plaintiff,* *
* Case No. 06-453C
v. *
* Senior Judge Smith
**THE UNITED STATES**, *
* Filed: July 21, 2006
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Plaintiff's Motion for Limited Discovery and ALLOWS Plaintiff to take the deposition of William Eldridge at a time and place convenient for all.

The briefing schedule previously ordered is hereby VACATED. The parties shall contact the Court with regard to a new briefing schedule and possible hearing date, if necessary., no later than Tuesday, July 25, 2006.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE