IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CHE CONSULTING, INC., Plaintiff, | ) | |
| v. | ) | No. 06-453C |
| THE UNITED STATES, Defendant, | ) | (Judge Smith) |
| and | ) | |
| STORAGE TECHNOLOGY CORPORATION Defendant-Intervenor | ) | |

**SECOND UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE**

Following the telephone status conference held on July 20, 2006, the parties have agreed to the following proposed briefing schedule, which would amend the schedule set forth by this Court in an order filed on July 21, 2006:

– Plaintiff's Motion for Summary Judgment shall be filed on or before August 4, 2006.

– Defendant's Cross Motion for Summary Judgment and Response shall be filed on or before August 16, 2006.

– Defendant-Intervenor's Motion for Summary Judgment shall be filed on or before August 16, 2006.

– Plaintiff's Response and Reply shall be filed on or before August 23, 2006.

– Defendant's Reply and Defendant-Intervenor's Reply shall be filed on or before August 30, 2006.

– Oral Argument will be held at the United States Court of Federal Claims, National

Courts Building, Courtroom # 9, on September 6, 2006, at 2:00 p.m.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:
JAMES W. DeBOSE
Deputy Legal Counsel
DITCO/D01DT
Office of Legal Counsel
2300 East Drive
Bldg. 3600
Scott AFB, IL 62225-5406
Tel: (618) 229-9188
Fax: (618) 229-9755

Dated: July 25, 2006

CERTIFICATE OF FILING

I hereby certify that on this 25th day of July, 2006, a copy of the foregoing "UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara