IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CHE CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-453C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Smith) |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STORAGE TECHNOLOGY CORPORATION | ) | |
| | ) | |
| Defendant-Intervenor | ) | |

**DEFENDANT'S THIRD UNOPPOSED MOTION TO AMEND THE BRIEFING SCHEDULE AND THIRD MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

The parties have agreed to the following proposed briefing schedule, which would amend the schedule set forth by this Court in an order filed on July 21, 2006:

– Plaintiff's Motion for Judgment on the Administrative Record shall be filed on or before August 25, 2006.

– Defendant's Cross Motion for Judgment on the Administrative Record and Response and Defendant-Intervenor's Cross Motion for Judgment on the Administrative Record and Response shall be filed on or before September 5, 2006.

– Plaintiff's Response and Reply shall be filed on or before September 11, 2006.

– Defendant's Reply and Defendant-Intervenor's Reply shall be filed on or before September 15, 2006.

– Oral Argument will be held at the United States Court of Federal Claims, National

Courts Building, Courtroom # 9, on September 18, 2006, at 11 a.m.

Defendant further respectfully requests leave of the Court to supplement the administrative record in this case. In accordance with the provisions of Rule 56.1(a) of the Rules of the United States Court of Federal Claims ("RCFC"), counsel for the plaintiff, the defendant, and the defendant-intervenor have stipulated and agreed upon the contents of the supplement to the administrative record, which is enclosed on CD-ROM, along with the previously filed administrative record and supplements for convenience. We have also included a revised table of contents for the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:
JAMES W. DeBOSE
Deputy Legal Counsel
DITCO/D01DT
Office of Legal Counsel
2300 East Drive
Bldg. 3600
Scott AFB, IL 62225-5406
Tel: (618) 229-9188
Fax: (618) 229-9755

Dated: August 18, 2006

CERTIFICATE OF FILING

I hereby certify that on this 18th day of August, 2006, a copy of the foregoing "DEFENDANT'S THIRD UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE AND THIRD MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara