# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**CHE CONSULTING,**

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant*

and

**STORAGE TECHNOLOGY CORPORATION**,

*Defendant-Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-453C

Senior Judge Smith

Filed: August 22, 2006

**ORDER**

The Court hereby GRANTS Defendant's Third Unopposed Motion to Amend the Briefing Schedule and the Third Motion to Supplement the Administrative Record. The briefing schedule is as follows:

Plaintiff's Motion for Judgment on the Administrative Record shall be filed and served on or before August 25, 2006;

Defendant's Cross Motion for Judgment on the Administrative Record and Response and Defendant-Intervenor's Cross Motion for Judgment on the Administrative Record and Response shall be filed and served on or before September 5, 2006;

Plaintiffs' Response and Reply shall be filed and served on or before September 11, 2006;

Defendant's Reply and Defendant-Intervenor's Reply shall be filed and served on or before September 15, 2006;

Oral Argument shall be held at the United States Court of Federal Claims, National Courts Building, Courtroom #9, on September 18, 2006 at 11:00 a.m. EDT.

Defendant's Second Unopposed Motion to Amend Briefing Schedule is denied as moot.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE