IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CHE CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-453 |
| v. | ) | Judge Smith |
| | ) | |
| THE UNITED STATES | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STORAGE TECHNOLOGY | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT-INTERVENOR'S**
**MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Defendant-Intervenor, Storage Technology Corporation ("StorageTek"), a subsidiary of Sun Microsystems, in accordance with the schedule established in this case hereby moves for judgment on the administrative record and responds to Plaintiff, CHE Consulting, Inc.'s, ("CHE's") motion for judgment on the administrative record.

StorageTek respectfully moves that the three exhibits accompanying its memorandum in support be admitted into the administrative record.

Respectfully submitted,

/s/ John J. O'Brien

John J. O'Brien
COHEN MOHR LLP
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Attorney of Record for Storage Technology Corporation

Of Counsel:

David S. Cohen
COHEN MOHR LLP
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Dated: September 5, 2006