# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**CHE CONSULTING, INC.**

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant,*

and

**STORAGE TECHNOLOGY CORPORATION**

*Defendant-Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-453C

Senior Judge Smith

Filed: September 11, 2006

**ORDER**

Pursuant to the telephone status conference held on September 11, 2006, the Court hereby GRANTS IN PART AND DENIES IN PART Plaintiff's Motion to Strike Declaration of David L. Jesuale. Plaintiff's counsel may show an unredacted copy of the Declaration to his client CHE Consulting, Inc. and may talk to his client about the incidents contained in the redacted exhibits.

An amended briefing schedule is as follows:

1) Plaintiff's Response shall be filed and served on or before September 13, 2006;
2) Defendant's Reply and Defendant-Intervenor's Reply shall be filed and served on or before September 20, 2006; and
3) Oral argument shall be held at the United States Court of Federal Claims, National Courts Building, Courtroom #9, on September 22, 2006 at 2:30 p.m. EDT.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE