IN THE UNTIED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHE CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 06-453C |
| | ) | |
| THE UNITED STATES<br>OF AMERICA, | ) | Judge Smith |
| | ) | |
| Defendant, | ) | |
| | ) | |
| STORAGE TECHNOLOGY<br>CORPORATION | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**UNOPPOSED MOTION TO**
**MODIFY THE BRIEFING SCHEDULE**

COMES NOW CHE Consulting, Inc. ("CHE") by and through its undersigned counsel, and respectfully requests that the briefing schedule be revised. Due to his schedule, CHE's President, Mr. David York, was not able to review Mr. Jesuale's Declaration until today. Unfortunately, counsel for CHE did not know Mr. York's schedule at the time of our Monday telephonic conference.

Counsel for the Government and Intervenor have been consulted with, and agree to the following revised schedule:

- Plaintiff's Response brief will be filed on or before September 14, 2006.

- Defendants' Reply brief will be filed on or Before September 21, 2006.

- The Oral argument schedule will remain the same; to be held at the United States Court of Federal Claims, National Courts Building, Courtroom #9 at 2:30 p.m. EDT.

Respectfully submitted,

THE KELLOGG LAW FIRM

By_/s/ Steven E. Kellogg_________

Steven E. Kellogg
2129 W. Main Street
Belleville, IL 62226
(618) 234-1900
(618) 234-5594 FAX
skellogg@kellogglawfirm.com

Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that on September 13, 2006, the foregoing was was served via the Court's Electronic Filing System to all parties to this action.

/s/ Steven E. Kellogg_______________
Steven E. Kellogg