# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **CHE CONSULTING, INC.** | |
| *Plaintiff,* | |
| v. | Case No. 06-453C |
| **THE UNITED STATES**, | Senior Judge Smith |
| *Defendant,* | Filed: September 14, 2006 |
| and | |
| **STORAGE TECHNOLOGY CORPORATION** | |
| *Defendant-Intervenor*. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Plaintiff's Unopposed Motion to Modify the Briefing Schedule.

An amended briefing schedule is as follows:

1) Plaintiff's Response shall be filed and served on or before September 14, 2006;
2) Defendant's Reply and Defendant-Intervenor's Reply shall be filed and served on or before September 21, 2006; and
3) Oral argument shall be held at the United States Court of Federal Claims, National Courts Building, Courtroom #9, on September 22, 2006 at 2:30 p.m. EDT.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE