# In the United States Court of Federal Claims

**No. 06-453 C**

**CHE CONSULTING, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**STORAGE TECHNOLOGY CORPORATION,**
**Defendant-Intervenor.**

Pursuant to the court's Opinion and Order, filed December 7, 2006, granting defendant's cross-motion for summary judgment, denying as moot intervenor's motion for summary judgment on the administrative record and defendant's motion to dismiss, and denying as moot plaintiff's request for injunctive relief,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant.

Brian Bishop
Clerk of Court

**December 7, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $455.00.