# In the United States Court of Federal Claims

| | |
|---|---|
| **CHE CONSULTING,** | |
| *Plaintiff,* | Case No. 06-453C |
| v. | Senior Judge Smith |
| **THE UNITED STATES**, | Filed: January 19, 2007 |
| *Defendant.* | |

## ERRATA

The Court hereby replaces the language in parenthesis found on page 8 of this Court's opinion and order reissued for publication on December 15, 2006 to the following language in bold as follows:

In fact, Eldridge's **email and declaration (**deposition testimony) fully explained his rationale behind the solicitation's new requirement, and noted specifically that while the provision requiring no government intervention was new to this particular solicitation, it was a provision that was necessary for these types of Level I contracts for cost reasons and responsibility for "botched repair work." AR 35, **1133** (1132), 1411.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE