# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **CHE CONSULTING,** | * | |
| *Plaintiff,* | * | Case No. 06-453C |
| v. | * | Senior Judge Smith |
| **THE UNITED STATES**, | * | Filed: January 19, 2007 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

After careful consideration, the Court hereby DENIES Plaintiff's Motion for Reconsideration.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE